UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark Morin, Janet Hufnagel, Diane Mesedahl, Shannon Lushine, Amy Palo, Tim Robinson, and Jeanette Terhaar, individually and as representatives of a class of similarly situated persons, and on behalf of the Essentia Health Retirement Plan and the Essentia Health 403(b) Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>Essentia Health, St. Mary's Duluth Clinic Health System, the Essentia Health Investment Committee, Diane T. Davidson, and John Does 1-30,<br><br>    Defendants. | Court File No. 16-cv-04397-PAM-LIB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants in the above-captioned matter hereby stipulate to dismissal of Plaintiffs' claims and this matter without prejudice. Plaintiffs and Defendants each shall bear their own costs, expenses, disbursements, and attorneys' fees.

Dated:  November 22, 2017

NICHOLS KASTER PLLP

By:  /s/Brock J. Specht_____
Kai H. Richter (#0296545)
Carl F. Engstrom (#0396298)
Brock J. Specht (#0388343)
Brandon T. McDonough (#393259)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-256-3200
Facsimile:  612-338-4878
krichter@nka.com

cengstrom@nka.com
bspecht@nka.com
bmcdonough@nka.com

MADIA LAW LLC
J. Ashwin Madia (#321187)
Joshua Newville (#395221)
Cody Blades (#396341)
345 Union Plaza
333 Washington Avenue North
Minneapolis, MN 55401
Telephone:  612-349-2723
Facsimile:  612-235-3357
jamadia@madialaw.com

*Attorneys for Plaintiffs*

Dated:  November 22, 2017        DORSEY & WHITNEY LLP

By /s/Andrew Holly_____
Andrew Holly (#308171)
holly.andrew@dorsey.com
Kirsten E. Schubert (#0388396)
schubert.kirsten@dorsey.com
Lincoln Loehrke (#0394969)
loehrke.lincoln@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Defendants Essentia Health,
St. Mary's Duluth Clinic Health System,
the Essentia Health Investment Committee,
and Diane T. Davidson*