UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark Morin, Janet Hufnagel, Diane, Mesedahl, Shannon Lushine, Amy Palo, Tim Robinson, and Jeanette Terhaar, individually and on behalf of the Essentia Health Retirement Plan and the Essentia Health 403(b) Plan,<br><br>        Plaintiffs,<br><br>v.<br><br>Essentia Health, St. Mary's Duluth Clinic Health System, Essentia Health Investment Committee, Diane T. Davidson, and John Does 1-30,<br><br>        Defendants. | Civ. No. 16-4397 (PAM/LIB)<br><br><br><br>**ORDER** |

This matter is before the Court on the parties Joint Stipulation for Dismissal Without Prejudice. (Docket No. 63.) Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED without prejudice**, with each party bearing their own costs, expenses, disbursements, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 27, 2017

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge