## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Mark Morin, Janet Hufnagel, Diane, Mesedahl, Shannon Lushine, Amy Palo, Tim Robinson, and Jeanette Terhaar, individually and on behalf of the Essentia Health Retirement Plan and the Essentia Health 403(b) Plan, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 16-cv-4397 (PAM/LIB) |
| Essentia Health, St. Mary's Duluth Clinic Health System, Essentia Health Investment Committee, Diane T. Davidson, and John Does 1-30, | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED without prejudice**, with each party bearing their own costs, expenses, disbursements, and attorneys' fees.

Date: November 28, 2017      RICHARD D. SLETTEN, CLERK

s/L. Brennan
(By) L. Brennan , Deputy Clerk